IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KYLE MICHAEL ESTES,
    Plaintiff,

vs.                                Case No.: 3:12cv459/RS/EMT

SERGEANT STEPHEN NEFF, et al.,
    Defendants.
_____/

## ORDER and REPORT AND RECOMMENDATION

Pending before the court is Plaintiff's motion to amend and proposed second amended complaint (docs. 72, 73). Defendants do not oppose the motion (*see* doc. 74 (also noting Plaintiff's intention to voluntarily dismiss Defendant Shawn Thompson from this action); *see also* doc. 72).

Accordingly, it is **ORDERED**:

Plaintiff's motion to amend (doc. 72) is **GRANTED**.

And it is respectfully **RECOMMENDED**:

That Defendant Shawn Thompson be **DISMISSED** from this action.

At Pensacola, Florida, this 15th day of October 2013.

                                           /s/ *Elizabeth M. Timothy*
                                           **ELIZABETH M. TIMOTHY**
                                           **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**