IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KYLE MICHAEL ESTES,

    Plaintiff,

v.                                      CASE NO. 3:12-cv-459-RS-EMT

SERGEANT STEPHEN NEFF, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 75). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's motion to amend (Doc. 72) is **GRANTED**.

3. Defendant Shawn Thompson is **DISMISSED** from this action.

**ORDERED** on November 14, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**