IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KYLE MICHAEL ESTES,

    Plaintiff,

v.                                    CASE NO. 3:12-cv-459-RS-EMT

SERGEANT STEPHEN N. NEFF and
OFFICER DALYN J. WILSON,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 82). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant Neff's Motion for Summary Judgment (Doc. 53) is **GRANTED**.

3. The claims against Defendant Neff are **DISMISSED without prejudice**.

**ORDERED** on January 13, 2014.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**