IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KYLE MICHAEL ESTES,
      Plaintiff,

vs.                                      Case No.:  3:12cv459/RS/EMT

DALYN J. WILSON,
      Defendant.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  On January 16, 2014, the court directed Plaintiff to file a response to Defendant's motion for summary judgment within thirty (30) days (doc. 89).  Plaintiff failed to respond to the order; therefore, on February 25, 2014, the court issued an order requiring Plaintiff to file a notice declaring his continued interest in this case, or, alternatively, a motion to voluntarily dismiss (doc. 90).  The order advised Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this action (*id.*).  Plaintiff failed to file a response or otherwise communicate with the court; therefore, on April 4, 2014, the court issued an order directing Plaintiff to show cause, within thirty (30) days, why the case should not be dismissed for his failure to comply with the order issued February 25, 2014 (*see* doc. 91).  The order again advised Plaintiff that his failure to comply with the show cause order would result in a recommendation of dismissal of this action (*id.*).  The deadline for Plaintiff's response to the order to show cause has elapsed, with no communication from Plaintiff.  Further, neither of the court's two orders pertaining to Plaintiff's response to the motion for summary judgment has been returned as undeliverable, so the court must conclude that Plaintiff has received the orders but has willfully decided not to comply with the court's instructions.  Therefore, dismissal of this action

without prejudice for Plaintiff's failure to comply is warranted.[1]

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 12th day of May 2014.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**

---

[1] The court notes that if Defendant's motion for summary judgment was granted, on the ground that it is barred by Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d (1994), the case would be dismissed without prejudice so long as it is possible that Plaintiff could still file a timely habeas petition challenging his conviction.