## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KYLE MICHAEL ESTES,**
        **Plaintiff,**

**v.**                                        **CASE NO. 3:12-cv-459-RS-EMT**

**DALYN J. WILSON,**
        **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 92).

No objections have been filed.

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is

approved and incorporated in this Order.

2.      The case is **DISMISSED without prejudice** for Plaintiff's

failure to comply with an order of the court.

3.      The clerk is directed to close the file.

**ORDERED** on June 10, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**